ERRATA

*CP Kelco U.S., Inc. v. United States*, Consol. Court No. 13-00288, Slip Op. 15-27, dated March 31, 2015:

    Page 31, line 5: replace "Fufeng's" with "Kelco's".

    Page 32, line 8: replace "Fufeng's" with "Kelco's".